JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KIMBERLEY GAITHER,<br><br>  Plaintiff,<br><br>  v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>  Defendant. | Case No. 2:24-cv-09079-SB-AGR<br><br>ORDER OF DISMISSAL |

Pursuant to the parties' stipulation, Dkt. No. 24, this action is dismissed with prejudice, with each party to bear its own attorney's fees and costs.

Date: December 16, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge

1